IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHERITA SAGNA, individually and on behalf of other similarly situated employees,** | : : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | No. 22-3975 |
| **CATAPULT HEALTH PA,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this **8th** day of **May 2023**, upon learning the parties have agreed to a settlement (ECF 42) and pursuant to Local Rule of Civil Procedure 41.1(b), it is **ORDERED** that the above-captioned action is **DISMISSED** with prejudice pursuant to agreement of counsel without costs. It is **FURTHER ORDERED** that this Court shall retain jurisdiction of this action for the purposes of enforcing any settlement agreement(s) for a period of 90 days from the date this Order is entered.

BY THE COURT:

_____
**Berle M. Schiller, J.**